IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILIP MAURO, as assignee for DIAMOND CONTRACT FLOORING, LLC,**<br>        **Plaintiff,**<br><br>                v.<br><br>**OHIO SECURITY INSURANCE COMPANY,**<br>        **Defendant.** | CIVIL ACTION<br><br><br>NO.  20-3319 |

## ORDER

**AND NOW**, this 29th day of October, 2021, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 24) and Defendant's opposition thereto (ECF No. 29); Defendant's Motion for Summary Judgment and support thereof (ECF Nos. 25 & 31), and Plaintiff's opposition thereto (ECF No. 27); and Defendant's Motion in Limine and support thereof (ECF Nos. 26 & 30) and Plaintiff's opposition thereto (ECF No. 28),  **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**, Plaintiff's Motion for Summary Judgment is **DENIED**, and Defendant's Motion in Limine is **DENIED** as moot. Plaintiff's Complaint is **DISMISSED**.

The Clerk of Court is directed to **TERMINATE** the case.

                                                                BY THE COURT:


                                                                /s/ Wendy Beetlestone, J.
                                                                _____
                                                                **WENDY BEETLESTONE, J.**